## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**REBECCA VASINDA,**                                :

             **Plaintiff**                    :        **CIVIL ACTION NO. 3:20-224**

          **v.**                              :             **(JUDGE MANNION)**

**STATE FARM MUTUAL**                        :
**AUTOMOBILE INSURANCE CO.,**
***et al.,***                                :

          **Defendants**                      :

## ORDER

In accordance with this Court's memorandum issued this same day,

**IT IS HEREBY ORDERED THAT**:

(1)   Judge Carlson's report and recommendation, (Doc. 50), is **ADOPTED IN ITS ENTIRETY**.

(2)   State Farm's motion for summary judgment, (Doc. 31), is **GRANTED, IN PART**, and **DENIED, IN PART**.

(3)   State Farm's motion for summary judgment of Vasinda's Title VII, ADEA, and PHRA claims raised in her complaint, (Doc. 1), is **GRANTED**, and **JUDGMENT** is entered in favor of State Farm and against Vasinda with respect to those four claims, Counts II-V.

(4)   State Farm's motion for summary judgment is **DENIED** with respect to Vasinda's breach of contract claim, Count I.

**(5)**   Vasinda's partial motion for summary judgment, (Doc. 29), is **DENIED**.

**(6)**   The matter will be set down for a final pretrial conference on **Wednesday, March 15, 2023 at 2:00 p.m.** in the William J. Nealon U.S. Courthouse, Scranton, PA. Courtroom #3.

**(7)**   Trial will be scheduled for **Monday, April 10, 2023 at 9:30 a.m.** also in the William J. Nealon U.S. Courthouse, Scranton, PA. Courtroom #3.

**(8)**   The matter will be referred back to Judge Carlson for a settlement conference to be scheduled at his, and the parties convenience. **Finally, counsel, together with their client(s) and/or representative(s) who have full settlement authority without the need to contact anyone else, must be physically present at the settlement conference.**

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 14, 2022**
20-224-01-ORDER